UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON, | No.  2:26-cv-0129 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| UNKNOWN, | FINDINGS AND RECOMMENDATIONS |
| Defendant. | |

Plaintiff is a California prisoner proceeding pro se with a civil action.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has requested leave to proceed in forma pauperis.  However, on October 24, 2024, in Calderon v. Covello, 2:24-cv-1309 DJC CKD P, the court found that plaintiff has "struck out" under 28 U.S.C. § 1915(g).  Therefore, he cannot proceed in forma pauperis unless he is "under imminent danger of serious physical injury."  Id.

The court has reviewed plaintiff's complaint.  It is mostly incoherent, rambling, confusing and/or illegible.  There is no decipherable claim upon which plaintiff can proceed on the basis that he is "under imminent danger of serious physical injury."  Therefore, plaintiff's motion for leave to proceed in forma pauperis should be denied.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court assign a district court judge to this case.

2.  All of plaintiff's motions and requests other than his motion for leave to proceed in forma pauperis (ECF Nos. 10-11 & 13 & 16)) are DENIED without prejudice to renewal after resolution of the motion to proceed in forma pauperis.

IT IS HEREBY RECOMMENDED that plaintiff's motion for leave to proceed in forma pauperis (ECF No. 12) be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 2, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cald0435.so

2