UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

Plaintiff,

v.

UNKNOWN,

Defendant.

No. 2:26-cv-0129 DAD CKD P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*

(Doc. Nos. 12, 18)

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 3, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied. (Doc. No. 18.) Specifically, the magistrate judge concluded that on October 24, 2024, another district judge of this court had found that plaintiff had previously suffered three or more strike dismissals under 28 U.S.C. § 1915(g) and that he therefore could not proceed *in forma pauperis* in this action unless he could show that he was "under imminent danger of serious physical injury" when he filed his complaint. (*Id.* at 1) (citing *Calderon v. Covello*, 2:24-cv-1309 DJC CKD P (E.D. Cal.)),

/////

The magistrate judge also noted that plaintiff's complaint stated no decipherable claim that he was in imminent danger at the time he filed his complaint. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) On April 13, 26, the court received plaintiff's untimely objections to the pending findings and recommendations.[1] (Doc. No. 22.) Plaintiff's objections are difficult to decipher. He refers therein to certain conditions from which he suffers and includes a copy of the findings and recommendations themselves as an attachment. (*Id.*) In short, the court concludes that plaintiff's objections provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 3, 2026 (Doc. No. 18) are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis* in this action (Doc. No. 12) is denied; and
3. This matter is referred back to the magistrate judge for further proceedings, including providing plaintiff the opportunity to pay the required filing fee in order to proceed with this action, if appropriate.

IT IS SO ORDERED.

Dated: **September 22, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] Although untimely filed, the court has considered plaintiff's objections.